**DISMISS and Opinion Filed May 5, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00280-CV**

**IN RE MARK BAILEY, EDAMAME, INC., ON BEHALF OF THEMSELVES AND THAT OF DEEP ELLUM SUSHI, LTD., Relators**

**Original Proceeding from the 160th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-15114**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Partida-Kipness

Before the Court is relators' May 2, 2022 unopposed motion to dismiss the petition for writ of mandamus. In the motion, relators inform the Court that this original proceeding is moot because the trial court has granted the relief they seek in their petition for writ of mandamus.

We grant relators' motion and dismiss this original proceeding. We also lift the stay issued by this Court's March 31, 2022 order.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

220280F.P05